had passed,

IT IS ORDERED by the court that the motion for leave to file an *amici curiae* memorandum in support of the writ be, and hereby is, denied.

**02–377. Mizen v. Utica Natl. Ins. Group.**
Cuyahoga App. No. 79554. This cause was filed by Republic–Franklin Insurance Company on March 4, 2002, as an appeal from the judgment of the Cuyahoga County Court of Appeals entered on February 4, 2002, in Cuyahoga County Court of Appeals No. 79554. Also on March 4, 2002, Nationwide Agribusiness Insurance Company filed a notice of appeal from the same court of appeals' judgment. Whereas the second notice of appeal was inadvertently filed as a separate case, case No. 02–383,

IT IS ORDERED by the court, *sua sponte*, that the notice of appeal and memorandum in support of jurisdiction filed by Nationwide Insurance Company in case No. 02–383 shall be filed and docketed as a second notice of appeal and memorandum in support of jurisdiction in this case effective March 4, 2002; case No. 02–383 shall be dismissed; and the parties shall now proceed in this case in accordance with S.Ct.Prac.R. III.

**02–383. Mizen v. Utica Natl. Ins. Group.**
Cuyahoga App. No. 79554. This cause was filed by Nationwide Agribusiness Insurance Company on March 4, 2002, as an appeal from the judgment of the Cuyahoga County Court of Appeals entered on February 4, 2002, in Cuyahoga County Court of Appeals No. 79554. This appeal was preceded by the filing of case No. 02–377, an appeal from the same judgment, filed by Republic–Franklin Insurance Company on March 4, 2002. Whereas the second notice of appeal by Nationwide Agribusiness Insurance Company was inadvertently filed as a separate case,

IT IS ORDERED by the court, *sua sponte*, that the notice of appeal and memorandum in support of jurisdiction filed by Nationwide Insurance Company in this case shall be filed and docketed as a second notice of appeal and memorandum in support of jurisdiction in case No. 02–377 effective March 4, 2002; this case is dismissed; and the parties shall now proceed in case No. 02–377 in accordance with S.Ct.Prac.R. III.

*Monday, March 11, 2002*

## MOTION AND PROCEDURAL RULINGS

**01–827. State ex rel. Moore v. Butler Cty. Court of Common Pleas.**
In Mandamus. This cause came on for further consideration upon relator's request for findings of fact/conclusions of law. Upon consideration thereof,

IT IS ORDERED by the court that the request for findings of fact/conclusions of law be, and hereby is, denied.

**01–828. Moore v. Butler Cty. Children Serv.**
In Mandamus. This cause came on for further consideration upon relator's request for findings of fact/conclusions of law. Upon consideration thereof,

IT IS ORDERED by the court that the request for findings of fact/conclusions of law be, and hereby is, denied.

**01–1518. State v. Gapen.**
Montgomery C.P. No. 2000CR02945. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Montgomery County. Upon consideration of appellant's motion for extension of time to transmit the record,

IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and the time for transmitting the record is extended to April 4, 2002. No further extensions will be granted.

**02–140. State v. Scott.**
Miami App. No. 2001CA8. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of jurisdictional consider-